BAILEY, Appellant, v. BAILEY, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Elizabeth V. Bailey against Herbert D. Bailey. PER CURIAM. Order reversed, and motion granted, allowing the plaintiff $25 per week for the maintenance of herself and child during the pendency of the action, and $300 counsel fees, with costs of motion to plaintiff, and $10 costs and disbursements in this court. SMITH, P. J., and BETTS, J., dissent.

BAILEY v. BAILEY. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Action by Elizabeth V. Bailey against Herbert D. Bailey. No opinion. Motion denied. See, also, supra.

BALABAN v. MIDDLETON et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Supplementary proceedings by Florence Balaban against William Middleton and William Wohlgemuth. No opinion. Order affirmed, with $10 costs and disbursements.

BALDWIN, Appellant, v. LOCOMOBILE CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Ralph S. Baldwin, an infant, etc., against the Locomobile Company of America. PER CURIAM. Judgment and order affirmed, with costs, upon the authority of Baldwin v. Locomobile Co., 143 App. Div. 599, 128 N. Y. Supp. 429. See, also, 128 N. Y. Supp. 1112. WOODWARD, J., dissents.

BANZER, Respondent, v. RICHTER, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Mary E. Banzer against Charles Richter. No opinion. Judgment affirmed, with costs. See, also, 68 Misc. Rep. 192, 123 N. Y. Supp. 678.

BARBER, Appellant, v. DAVIDSON, Respondent. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Action by Clarence L. Barber against Edward W. Davidson. A. Thain, for appellant. M. J. Tierney, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 134 App. Div. 962, 119 N. Y. Supp. 1113.

BARBER et al., Respondents, v. FARONE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Andrew Barber and another against Joseph Farone and another. No opinion. Judgment and order unanimously affirmed, with costs.

In re BARNARD. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of Horace Barnard. No opinion. Reference ordered to official referee. Settle order on notice. See, also, 129 N. Y. Supp. 939.

BARNETT v. SCHWORTZREICH. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by William Barnett against Leo Schwortzreich. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 136 App. Div. 940, 121 N. Y. Supp. 1125.

BARTINDALE v. BARTINDALE. In re BARTINDALE. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Davelle C. Bartindale against Jack W. Bartindale. In the matter of Jack W. Bartindale. M. L. Arnstein, for appellant. A. S. Hamlin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARWIN REALTY CO., Respondent, v. UNION STOVE WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by the Barwin Realty Company against the Union Stove Works. No opinion. Motion for leave to appeal to the Court of Appeals granted, questions certified, and order signed. For former opinion, see 130 N. Y. Supp. 781.

BECKER, Appellant, v. WEHLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Charles A. Becker against Louis J. Wehle. No opinion. Motion granted and appeal dismissed, with costs.

BENNETT, Appellant, v. LEACH, Respondent. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Jacob Bennett against John Leach. No opinion. Judgment unanimously affirmed, with costs.

BENSON, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Catherine Benson, as administratrix, against the City of New York. C. L. Barber, for appellant. L. M. Howell, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BENTON v. BENTON. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Atella T. Benton against Frederick L. Benton. No opinion. Motion granted. Settle order on notice. See, also, 122 App. Div. 921, 107 N. Y. Supp. 1121.

BERKOWSKY, Respondent, v. METZENDORF et al., Appellants. (Supreme Court, Ap-

pellate Division, Second Department. November 17, 1911.) Action by Morris Berkowsky against Solomon Metzendorf and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

BERMAN REALTY CO., Appellant, v. POLSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by the Berman Realty Company against Isaac Polstein. M. Feltenstein, for appellant. J. Manheim, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BERNSTEIN, Respondent, v. ADLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by Bernard Bernstein against Jacob P. Adler, impleaded with others. J. A. Seidman, for appellant. A. H. Sarasohn, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BERTRAND, Respondent, v. HINCKLEY FIBRE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Dorilda Bertrand, as administrator, etc., against the Hinckley Fibre Company. No opinion. Judgment corrected, upon plaintiff's motion, by adding interest to the verdict, as provided by section 1904 of the Code of Civil Procedure, and, as corrected, the judgment and order are affirmed, with costs.

BESTE et al. v. MULLIGAN et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Henry Beste and others, as trustees etc., against Agnes M. Mulligan and others, infants, etc., impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BETTS, Respondent, v. BETTS, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Anna R. Betts against Louis L. Betts. A. B. Unger, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BILDER v. ELLIS. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Nathan Bilder against Charles B. Ellis. No opinion. Motion denied. Settle order on notice. See, also, 140 App. Div. 930, 125 N. Y. Supp. 1113; 129 N. Y. Supp. 1111.

BILL, Respondent, v. HOPPMAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Alexander H. Bill against Fred W. Hoppman and others. No opinion. Judgment unanimously affirmed, with costs.

BINDRIN, Respondent, v. GALLASCH, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Maria Bindrin against Otto R. Gallasch. No opinion. Order of the Municipal Court affirmed, with costs.

BLACK, Respondent, v. BENTEL, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Robert M. Black against George E. Bentel. R. Krause, for appellant. J. Newman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 App. Div. 908, 127 N. Y. Supp. 1112.

BLACK v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by Nathan S. Black against the Lehigh Valley Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., dissents.

BLACK v. SIEGEL-COOPER CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by William H. Black against the Siegel-Cooper Company. No opinion. Application denied, with $10 costs. Order signed.

BLACKMAN, Respondent, v. ALLEGANY COUNTY FARMERS' CO-OP. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by George H. Blackman against the Allegany County Farmers' Co-operative Fire Insurance Company. No opinion. Judgment and order affirmed, with costs.

BLAIN, Respondent, v. DELAWARE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Grace B. Blain against the Delaware Insurance Company. No opinion. Settled.

BLAINE, Appellant, v. MAGNESIA ASBESTOS CO. et al., Respondents. SAME v. QUALEY et al. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Actions by James G. Blaine, as ancillary executor, against the Magnesia Asbestos Company and others, and against John A. Qualey and another. C. L. Craig, for appellant. H. D. Byrnes, for respondents. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

BLEECKER, Respondent, v. BLEECKER et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Elizabeth Bleecker against William R. Bleecker and another. No opinion. Interlocutory judgment unanimously affirmed, with costs.